UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GRAY, LAURA H. § Case No. 10-57263
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/30/2012 in Courtroom 250,
                United States Courthouse
                c/o Kane County Courthouse
                100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/30/2012                By: Kenneth S. Gardner
                                                      Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
GRAY, LAURA H. § Case No. 10-57263
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,850.86 |
| and approved disbursements of | $ | 1,723.15 |
| leaving a balance on hand of[1] | $ | 19,127.71 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 2,835.09 | $ 0.00 | $ 2,835.09 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 134.10 | $ 0.00 | $ 134.10 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,969.19 |
| Remaining Balance | | $ | 16,158.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,420.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SCP Distributors LLC | $ 503.20 | $ 0.00 | $ 115.46 |
| 2 | Discover Bank | $ 5,938.41 | $ 0.00 | $ 1,362.61 |
| 3 | Climatemp | $ 403.08 | $ 0.00 | $ 92.49 |
| 4 | American InfoSource LP as agent for Citibank N.A. | $ 12,270.19 | $ 0.00 | $ 2,815.47 |
| 5 | Champion Packaging & Distributing, | $ 9,907.20 | $ 0.00 | $ 2,273.27 |
| 6 | Chase Bank USA, N.A. | $ 3,731.44 | $ 0.00 | $ 856.20 |
| 7 | CANDICA L.L.C. | $ 1,398.05 | $ 0.00 | $ 320.79 |
| 8 | Atlas Companies | $ 119.92 | $ 0.00 | $ 27.52 |
| 9 | Clearon Corp. | $ 15,000.00 | $ 0.00 | $ 3,441.84 |
| 10 | Halogen Supply Company | $ 6,864.66 | $ 0.00 | $ 1,575.14 |
| 11 | US Bank N.A. | $ 13,310.98 | $ 0.00 | $ 3,054.29 |
| 12 | GE Money Bank | $ 336.14 | $ 0.00 | $ 77.13 |
| 13 | GE Money Bank | $ 637.65 | $ 0.00 | $ 146.31 |

Total to be paid to timely general unsecured creditors    $ 16,158.52

Remaining Balance    $ 0.00

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
　　　　　　　　　　　　　　　Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-57263-MB
Laura H. Gray                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann          Page 1 of 3          Date Rcvd: Jul 31, 2012
                              Form ID: pdf006         Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2012.
```
db          +Laura H. Gray,    45W171 Kelley Road,    Hampshire, IL 60140-8320
16606248     AT&T Universal Card,    Processing Center,    Des Moines, IA 50363-0001
16606245    +Acid Products Company, Inc.,    600 West 41st Street,    Chicago, IL 60609-2680
16606246    +Aquarius Distributors,    6950 51st Street,    Kenosha, WI 53144-1740
16606247    +Arch Chemicals, Inc.,    P. O. Box 75182,    Charlotte, NC 28275
16606250     BAC Home Loans Servicing, LP,    Bank of America,    P. O. Box 650070,    Dallas, TX 75265-0070
16606251     BAC Home Loans Servicing, LP,    Bank of America,    P. O. Box 650225,    Dallas, TX 75265-0225
16606253    +Barson Chemical Company,    c/o Laura Gray,    45W171 Kelley Road,    Hampshire, IL 60140-8320
16606254     Bloomingdale’s,    P. O. Box 183083,    Columbus, OH 43218-3083
16606255    +Carson Pirie Scott & Company,    HSBC Retail Services,    P. O. Box 17284,
              Baltimore, MD 21297-0402
16606256    +Central Pool Supply, Inc.,    101 Annie Lane,    East Peoria, IL 61611-9568
16606257    +Champion Packaging & Distributing,,    Inc.,    P. O. Box 97253,    Chicago, IL 60690-7253
16606258     Chase Bank,    P. O. Box 15153,    Wilmington, DE 19886-5150
17077433     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16606259    +Clearon Corp.,    622 Emerson Rd Suite 500,    St Louis , MO 63141-6742
16606260    +Climatemp,    2315 Gardner Road,    Broadview, IL 60155-3700
16606261     ComEd,    P. O. Box 61111,    Carol Stream, IL 60197-6111
16606262    +Conserve FS, Inc.,    97791 Eagle Way,    Chicago, IL 60678-9770
16606266     EXXON Mobil,    Processing Center,    Des Moines, IA 50368-8938
16606264    +Elgin Airport Business Park Limited,    Partnership, c/o Hamilton Partners,
              300 Park Boulevard, Suite 500,    Itasca, IL 60143-2635
16606265    +Elgin Airport Business Park Ltd.,    Partnership c/o Hamilton Partners,
              300 Park Blvd., Suite #500,    Itasca, IL 60143-2635
16606267    +Fox River BP #1,    c/o Hamilton Partners, Inc.,    300 Park Boulevard, Suite,
              Itasca, IL 60143-2682
16606268     Groot Industries, Inc.,    P. O. Box 309,    Elk Grove Village, IL 60009-0309
16606269    +Halogen Supply Company,    4653 West Lawrence Avenue,    Chicago, IL 60630-2588
16606270    +Harcros Chemicals, Inc.,    One Gensar Drive,    Joliet, IL 60435-2674
16606271    #+Hydrite Chemical Company,    800 North Oakwood Road,    Lake Zurich, IL 60047-1522
16606272    +Imerys Ceramics,    P. O. Box 116885,    Atlanta, GA 30368-6885
16606273     Industrial System, Ltd.,    c/o James W. Kaiser,    1212 East Liberty Street,    Wauconda, IL 60084
16606275    +John Gray,    45W171 Kelley Road,    Hampshire, IL 60140-8320
16606278    +Knight Chemicals LLC,    7320 West Florist Avenue,    Milwaukee, WI 53218-1853
16606279     Macy’s,    P. O. Box 689195,    Des Moines, IA 50368-9195
16606280    +Memorial Sloan Kettering Cancer,    Center, c/o Frank, Frank Goldstein,    1430 Broadway,Suite 1615,
              New York, NY 10018-3356
16606281    +New Age Transportation,,    Distribution & Warehousing, Inc.,    1881 Rose Road,
              Lake Zurich, IL 60047-1552
16606283    +North American Salt Company,    9900 West 109th Street, Suite #600,    Overland Park, KS 66210-1436
16606284    +Prince Agri Products, Inc.,    229 Radio Road,    P. O. Box 1009,    Quincy, IL 62306-1009
16606285    #+Producers Chemical Company,    1355 South River Street,    Batavia, IL 60510-9648
16606286    +SAL Chemical,    3036 Birch Drive,    Weirton, WV 26062-5197
16606287    +SCP Distributors LLC,    Attn: Connie Dickinson,    109 Northpark Blvd,    Covington, LA 70433-5005
16606288    +Speedway SuperAmerica LLC,    P. O. Box 1590,    Springfield, OH 45501-1590
16606289     Spirit Airlines,    Card Services,    P. O. Box 13337,    Philadelphia, PA 19101-3337
16606291    +Suburban Accents, Inc.,    3701-A Berdnick Street,    Rolling Meadows, IL 60008-1043
16606294    +TLC Ingredients,    16901 Advantage Avenue,    Crest Hill, IL 60403-1600
16606292     The Home Depot,    P. O. Box 6029,    The Lakes, NV 88901-6029
16606293     The Lynde Company, LLC,    1300 Sylvan Street,    Saint Paul, MN 55117-4626
16606296     UPS,    Lockbox 577,    Carol Stream, IL 60132-0577
16606297    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Wheeling Office,    P. O. Box 790179,
              Saint Louis, MO 63179-0179)
16606295    +Unishippers,    2500 West Higgins Road,    Hoffman Estates, IL 60169-2050
16606299    +Viking  Chemical,    P. O. Box 1595,    Rockford, IL 61110-0095
16606300     Woodstock Hicksgas, Inc.,    1023 Lake Avenue,    Woodstock, IL 60098-7409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17050363      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2012 03:29:14
              American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
17542525      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2012 02:29:13
              American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
16606249     +E-mail/Text: skuhlmann@atlaslift.com Aug 01 2012 01:38:28      Atlas Companies,
              5050 North River Road,    Schiller Park, IL 60176-1092
17081642     +E-mail/Text: bncmail@w-legal.com Aug 01 2012 01:41:11      CANDICA L.L.C.,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
16999780      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 01 2012 02:29:24      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16606263      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 01 2012 02:29:24      Discover Card,
              P. O. Box 6103,    Carol Stream, IL 60197-6103
```

```
District/off: 0752-1           User: pseamann              Page 2 of 3                 Date Rcvd: Jul 31, 2012
                               Form ID: pdf006             Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17416822       E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2012 02:29:53      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16606274       E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2012 03:41:43      J. C. Penney,   P. O. Box 960090,
               Orlando, FL 32896-0090
16606282       E-mail/Text: bankrup@nicor.com Aug 01 2012 01:34:45       Nicor Gas,   P. O. Box 2020,
               Aurora, IL 60507-2020
16606290       E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2012 03:41:43      Stein Mart,   GE Money Bank,
               P. O. Box 960013,   Orlando, FL 32896-0013
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16606252*      BAC Home Loans Servicing, LP,    Bank of America,    P. O. Box 650070,   Dallas, TX 75265-0070
16606276*     +John Gray,    45W171 Kelley Road,   Hampshire, IL 60140-8320
16606277*     +John Gray,    45W171 Kelley Road,   Hampshire, IL 60140-8320
16606298*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    Wheeling Office,    P. O. Box 790179,
               Saint Louis, MO 63179-0179)
17337631*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank N.A.,    P.O. Box 5229,   Cincinnati, OH 45201)
                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2012**               **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: pseamann           Page 3 of 3                  Date Rcvd: Jul 31, 2012
                              Form ID: pdf006          Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2012 at the address(es) listed below:
        Joseph  Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
        Leo M Flanagan Jr    on behalf of Debtor Laura Gray leo@attyflanagan.com, mkappler@attyflanagan.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 3