UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
| | § | |
| CULOS, BENJAMIN ROY | § | Case No. 11-20221 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned: | Assets Exempt: |
| *(Without deducting any secured claims)* | |
| | |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| | |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH R. VOILAND_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ALLY FINANCIAL (F/K/A GMAC) | | | | | |
| 000002 | ALLY FINANCIAL (F/K/A GMAC) | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| U.S. BANKRUPTCY COURT ND, ILL | | | | | |
| JOSEPH R. VOILAND | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| JOSEPH R. VOILAND | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| NEITZER, MICHAEL J. | | | | | |
| NEITZER, MICHAEL J. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005P | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000004 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005U | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | |
|---|---|
| Case No:   11-20221   RG   Judge: MANUEL BARBOSA | Trustee Name:   JOSEPH R. VOILAND |
| Case Name:   CULOS, BENJAMIN ROY | Date Filed (f) or Converted (c):   05/12/11 (f) |
| | 341(a) Meeting Date:   06/28/11 |
| For Period Ending:  11/08/12 | Claims Bar Date:   02/21/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate -  101 Mavis Ave., South Elgin, IL | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 2. American Eagle Bank, checking account 2002 | 71.69 | 0.00 | DA | 0.00 | FA |
| 3. duplicate entry | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. Miscellaneous household goods. audio, video, and | 250.00 | 0.00 | DA | 0.00 | FA |
| 5. duplicate entry | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. wearing apparel | 250.00 | 250.00 | DA | 0.00 | FA |
| 7. 50% interest in B & D Properties | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. duplicate entry | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Mechanic's lien filed against 8053 N. Prospect, | 9,000.00 | 7,354.69 | DA | 0.00 | FA |
| 10. 2006 Chevy HHR | 8,775.00 | 0.00 | DA | 0.00 | FA |
| 11. 2010 Chevy Traverse | 22,300.00 | 0.00 | DA | 0.00 | FA |
| 12. 1931 Ford Convertible (u) | Unknown | 25,000.00 | | 24,700.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $540,646.69 | $32,604.69 | | $24,700.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 06/15/12      Current Projected Date of Final Report (TFR): 06/15/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 11-20221 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | CULOS, BENJAMIN ROY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******7151  Checking Account |
| Taxpayer ID No: | *******7548 | | | |
| For Period Ending: | 11/08/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/30/12 | 12 | Mecum Auction, Inc. | | 1229-000 | 24,700.00 | | 24,700.00 |
| 06/19/12 | 001001 | MICHAEL J. NEITZER | car salesman compensation | 3991-000 | | 2,470.00 | 22,230.00 |
| 06/19/12 | 001002 | MICHAEL J. NEITZER | expenses re 1931 Ford | 3992-000 | | 5,257.84 | 16,972.16 |
| 08/30/12 | 001003 | JOSEPH R. VOILAND | | 2100-000 | | 3,220.00 | 13,752.16 |
| 08/30/12 | 001004 | JOSEPH R. VOILAND | | 2200-000 | | 196.82 | 13,555.34 |
| 08/30/12 | 001005 | JOSEPH R. VOILAND | | 3110-000 | | 1,032.50 | 12,522.84 |
| 08/30/12 | 001006 | JOSEPH R. VOILAND | | 3120-000 | | 127.24 | 12,395.60 |
| 08/30/12 | 001007 | U.S. Bankruptcy Court ND, ILL | | 2700-000 | | 250.00 | 12,145.60 |
| 08/30/12 | 001008 | Illinois Department of Revenue | | 5800-000 | | 12,145.60 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 24,700.00 | 24,700.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 24,700.00 | 24,700.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 24,700.00 | 24,700.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7151 | 24,700.00 | 24,700.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 24,700.00 | 24,700.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     24,700.00     24,700.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*