UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
GRAY, LAURA H.                                  §      Case No. 10-57263
                                                §
        Debtor(s)                               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Michael J. Neitzer | | | | | |
| Michael J. Neitzer | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 8 | ATLAS COMPANIES | | | | | |
| 7 | CANDICA L.L.C. | | | | | |
| 5 | CHAMPION PACKAGING & DISTRIBUTING, | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | CHASE BANK USA, N.A. | | | | | |
| 9 | CLEARON CORP. | | | | | |
| 3 | CLIMATEMP | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 12 | GE MONEY BANK | | | | | |
| 13 | GE MONEY BANK | | | | | |
| 10 | HALOGEN SUPPLY COMPANY | | | | | |
| 1 | SCP DISTRIBUTORS LLC | | | | | |
| 11 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-57263 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|
| Case Name: | GRAY, LAURA H. | | | | Date Filed (f) or Converted (c): | 12/29/10 (f) |
| | | | | | 341(a) Meeting Date: | 02/07/11 |
| For Period Ending: | 11/08/12 | | | | Claims Bar Date: | 06/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate - 45W171 Ke, Road, Hampshire, IL | 240,730.50 | 0.00 | DA | 0.00 | FA |
| 2. 23105 Broadview, Lanark IL (Vacant land) | 21,000.00 | 21,000.00 | | 2,500.00 | FA |
| 3. bank acct. - Harris, N.A. | 469.00 | 0.00 | DA | 0.00 | FA |
| 4. bank acct. - U.S. Bank | 40.00 | 0.00 | DA | 0.00 | FA |
| 5. bank acct. - U.S. Bank | 15.00 | 0.00 | DA | 0.00 | FA |
| 6. bank acct. - JP Morgan Chase | 99.39 | 0.00 | DA | 0.00 | FA |
| 7. bank acct. - J.P. Morgan Chase | 22.00 | 0.00 | DA | 0.00 | FA |
| 8. bank acct. - Metro Credit Union | 968.00 | 0.00 | DA | 0.00 | FA |
| 9. bank acct. - Metro Federal Credit Union | 134.50 | 0.00 | DA | 0.00 | FA |
| 10. bank acct. - JP Morgan Chase Bank | 1,184.50 | 0.00 | DA | 0.00 | FA |
| 11. Certificate of Deposit - Harris Bank, N. A., | 5,953.01 | 5,953.01 | DA | 0.00 | FA |
| 12. Blue Ray DVD Player | 50.00 | 0.00 | DA | 0.00 | FA |
| 13. dvd's | 10.00 | 0.00 | DA | 0.00 | FA |
| 14. household goods | 500.00 | 0.00 | DA | 0.00 | FA |
| 15. wearing apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 16. small diamond stud earrings | 150.00 | 0.00 | DA | 0.00 | FA |
| 17. Gold wedding band | 60.00 | 0.00 | DA | 0.00 | FA |
| 18. Heart necklace | 75.00 | 0.00 | DA | 0.00 | FA |
| 19. Olympus SP-700 Digital Camera, broken | 0.00 | 0.00 | DA | 0.00 | FA |
| 20. Nikon digital camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 21. Term Life Insurance in the amount of $100,000.00 | 0.00 | 0.00 | DA | 0.00 | FA |
| 22. Ohio National Life Insurance Company -IRA | 4,005.39 | 0.00 | DA | 0.00 | FA |
| 23. IRA - Harris, N.A. | 5,381.63 | 0.00 | DA | 0.00 | FA |
| 24. One-half interest in 2001 Cadillac Eldorado | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 25. One-half interest in 2001 Chevrolet Silverado | 1,500.00 | 1,477.39 | | 1,300.00 | FA |
| 26. 1986 Ford Mustang. Debtor owns one-half interest | 2,000.00 | 2,000.00 | | 2,000.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.05c

Case 10-57263    Doc 43    Filed 11/27/12    Entered 11/27/12 15:23:33    Desc Main
Document      Page 8 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

Case No: 10-57263    RG    Judge: MANUEL BARBOSA              Trustee Name:    JOSEPH R. VOILAND
Case Name:    GRAY, LAURA H.                                   Date Filed (f) or Converted (c):    12/29/10 (f)
                                                               341(a) Meeting Date:    02/07/11
                                                               Claims Bar Date:    06/20/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 1929 Ford Model A. Debtor owns one-half interest | 5,000.00 | 25,000.00 | | 13,050.00 | FA |
| 28. 2001 Mitsubishi Galant vehicle, used by daughter | 150.00 | 0.00 | DA | 0.00 | FA |
| 29. 19' Chpparell Boat SS196, held joint with husban | 3,000.00 | 0.00 | | 2,000.00 | FA |
| 30. DELL Computer with Monitor and Vivera Printer, o | 400.00 | 0.00 | DA | 0.00 | FA |
| 31. COMPAQ PRESARIO Computer and Monitor, very old | 50.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.86 | Unknown |

                                                                                           Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $294,747.92    $55,430.40         $20,850.86         $0.00
                                                                                           (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/12    Current Projected Date of Final Report (TFR): 06/15/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-57263 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | GRAY, LAURA H. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7865 Money Market Account |
| Taxpayer ID No: | *******7987 | | | |
| For Period Ending: | 11/08/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/11 | | Jack Gray | proceeds from purchase of non-exempt property | | 5,300.00 | | 5,300.00 |
| | | | DEPOSIT CHECK #8478 | | | | |
| | 25 | | Memo Amount: 1,300.00 | 1129-000 | | | |
| | 26 | | Memo Amount: 2,000.00 | 1129-000 | | | |
| | 29 | | Memo Amount: 2,000.00 | 1129-000 | | | |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,300.03 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,300.07 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,300.11 |
| 08/11/11 | 27 | Volo Auto Museum | proceeds from sale of 1929 Ford | 1129-000 | 13,050.00 | | 18,350.11 |
| | | | DEPOSIT CHECK #30395 | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 18,350.21 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.64 | 18,323.57 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.64 | 18,325.21 |
| 09/13/11 | 001001 | Michael J. Neitzer | car salesman fees | 3991-000 | | 1,305.00 | 17,020.21 |
| 09/13/11 | 001002 | Michael J. Neitzer | car salesman expenses | 3992-000 | | 252.50 | 16,767.71 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,767.85 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.59 | 16,731.26 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,731.40 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.23 | 16,698.17 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,698.30 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.60 | 16,661.70 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,661.84 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.23 | 16,627.61 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 16,627.71 |
| 01/25/12 | | Transfer to Acct #*******4562 | Bank Funds Transfer | 9999-000 | | 16,627.71 | 0.00 |

Page Subtotals  18,350.86  18,350.86

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-57263 -RG | |
| Case Name: | GRAY, LAURA H. | |
| Taxpayer ID No: | *******7987 | |
| For Period Ending: | 11/08/12 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******7865 Money Market Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 5,300.00 | COLUMN TOTALS | | 18,350.86 | 18,350.86 | 0.00 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 0.00 | 16,627.71 | |
| | | | Subtotal | | 18,350.86 | 1,723.15 | |
| | | Memo Allocation Net: 5,300.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,350.86 | 1,723.15 | |

Page Subtotals        0.00        0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No: | 10-57263 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | GRAY, LAURA H. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4562  Checking Account |
| Taxpayer ID No: | *******7987 | | | |
| For Period Ending: | 11/08/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7865 | Bank Funds Transfer | 9999-000 | 16,627.71 | | 16,627.71 |
| 05/30/12 | 2 | LAURA H. GRAY | | 1110-000 | 2,500.00 | | 19,127.71 |
| | | 45W171 KELLEY ROAD | | | | | |
| | | HAMPSHIRE, IL  60140 | | | | | |
| 08/30/12 | 001001 | JOSEPH R. VOILAND | | 2100-000 | | 2,835.09 | 16,292.62 |
| 08/30/12 | 001002 | JOSEPH R. VOILAND | | 2200-000 | | 134.10 | 16,158.52 |
| 08/30/12 | 001003 | SCP Distributors LLC | | 7100-000 | | 115.46 | 16,043.06 |
| | | Attn: Connie Dickinson | | | | | |
| | | 109 Northpark Blvd | | | | | |
| | | Covington, LA  70433 | | | | | |
| 08/30/12 | 001004 | Discover Bank | | 7100-000 | | 1,362.61 | 14,680.45 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH  43054-3025 | | | | | |
| 08/30/12 | 001005 | Climatemp | | 7100-000 | | 92.49 | 14,587.96 |
| | | 2315 Gardner Road | | | | | |
| | | Broadview, IL  60155 | | | | | |
| 08/30/12 | 001006 | American InfoSource LP as agent for Citibank N.A. | | 7100-000 | | 2,815.47 | 11,772.49 |
| | | PO Box 248840 | | | | | |
| | | Oklahoma City, OK  73124 | | | | | |
| 08/30/12 | 001007 | Champion Packaging & Distributing, | | 7100-000 | | 2,273.27 | 9,499.22 |
| | | Inc. | | | | | |
| | | P. O. Box 97253 | | | | | |
| | | Chicago, IL  60690 | | | | | |
| 08/30/12 | 001008 | Chase Bank USA, N.A. | | 7100-000 | | 856.20 | 8,643.02 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE  19850-5145 | | | | | |
| 08/30/12 | 001009 | CANDICA L.L.C. | | 7100-000 | | 320.79 | 8,322.23 |
| | | C O WEINSTEIN AND RILEY, PS | | | | | |

Page Subtotals         19,127.71         10,805.48

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-57263 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | GRAY, LAURA H. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4562  Checking Account |
| Taxpayer ID No: | *******7987 | | |
| For Period Ending: | 11/08/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | 001010 | 2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121<br>Atlas Companies | | 7100-000 | | 27.52 | 8,294.71 |
| 08/30/12 | 001011 | 5050 North River Road<br>Schiller Park, IL  60176<br>Clearon Corp. | | 7100-000 | | 3,441.84 | 4,852.87 |
| 08/30/12 | 001012 | 622 Emerson Rd Suite 500<br>St Louis, MO  63141<br>Halogen Supply Company<br>4653 West Lawrence Avenue<br>Chicago, IL  60630 | | 7100-000 | | 1,575.14 | 3,277.73 |
| 08/30/12 | 001013 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH  45201 | | 7100-000 | | 3,054.29 | 223.44 |
| 08/30/12 | 001014 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | | 7100-000 | | 77.13 | 146.31 |
| 08/30/12 | 001015 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | | 7100-000 | | 146.31 | 0.00 |

Page Subtotals        0.00        8,322.23

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-57263 -RG |
| Case Name: | GRAY, LAURA H. |
| Taxpayer ID No: | *******7987 |
| For Period Ending: | 11/08/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4562  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 19,127.71 | 19,127.71 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 16,627.71 | 0.00 | |
| | | | | Subtotal | 2,500.00 | 19,127.71 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 2,500.00 | 19,127.71 | |
| | | Total Allocation Receipts: | 5,300.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: | 0.00 | Money Market Account - *******7865 | 18,350.86 | 1,723.15 | 0.00 |
| | | | | Checking Account - *******4562 | 2,500.00 | 19,127.71 | 0.00 |
| | | Total Memo Allocation Net: | 5,300.00 | | 20,850.86 | 20,850.86 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*